# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK GILTON

NO. 2024 KW 0935

**DECEMBER 16, 2024**

---

In Re:    Patrick Gilton, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. C-612067.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.** The record in this matter was returned to the district court on November 15, 2024, to be supplemented with the hearing/rulings on the post-trial motions.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT